UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ROCHELEAU, | ) |
|       Plaintiff, | ) |
| v. | ) Case No.: 4:16-cv-40164 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
|       Defendant. | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice, waive all rights to appeal, and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Andrew M. Schneiderman* | */s/ Craig Thor Kimmel* |
| Andrew M. Schneiderman, Esq. | Craig Thor Kimmel, Esq. |
| Hinshaw & Culbertson LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24th Floor | 30 East Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: 617-213-7000 | Phone: 215-540-8888 |
| Email: mtwomey@scottpattonlaw.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: February 15, 2017 | Date: February 15, 2017 |

BY THE COURT:

_____
                                                        J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 15th day of February, 2017:

Andrew M. Schneiderman, Esq.
Hinshaw & Culbertson LLP
28 State Street, 24th Floor
Boston, MA 02109
Phone: 617-213-7000
Email: mtwomey@scottpattonlaw.com

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff